# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

QIANA VU, individually and on behalf of all those similarly situated,

Plaintiff,

v.

BERNICE HASSAN & ASSOC, CPA LLC,

Defendant.

Case No.: 25-cv-02397-DMS-DEB

**ORDER DISMISSING CASE**

On June 1, 2026, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute. (ECF No. 4.) Plaintiff did not respond by the deadline of June 10, 2026.

A district court may dismiss an action for failure to comply with the district's Local Rules or a court order. *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (providing "courts may dismiss under [Federal Rule of Civil Procedure] 41(b) sua sponte, at least under certain circumstances"); S.D. Cal. Civ. R. 83.1(a) (providing that failure "to comply with these rules . . . or with any order of the Court may be grounds for imposition by the Court of . . . sanctions authorized by statute or rule or within the inherent power of the Court, including, without limitation, dismissal of any actions").

1

Accordingly, this action is **DISMISSED** without prejudice.  The Clerk of the Court is directed to close the case.

      **IT IS SO ORDERED.**

Dated: June 15, 2026

Hon. Dana M. Sabraw
United States District Judge

25-cv-02397-DMS-DEB